**LAKE COUNTY MUSIC & VENDING, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 99–5150.

United States Court of Appeals, Federal Circuit.

March 8, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).